# Third District Court of Appeal

## State of Florida

Opinion filed September 20, 2023.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D23-0360
Lower Tribunal No. 23-4038 CC

————————————

**Peter Davidson, II,**
Appellant,

vs.

**Raffaele Capoferro,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Linda Singer Stein, Judge.

Peter Davidson, II, in proper person.

No appearance, for appellee.

Before FERNANDEZ, LINDSEY and BOKOR, JJ.

PER CURIAM.

Affirmed.